The Honorable Karen A. Overstreet
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>THE CASCADIA PROJECT LLC,<br>EIN: 20-4188863,<br><br>Debtor-in-Possession. | Case No. 09-20780-KAO<br><br>EX PARTE ORDER SHORTENING TIME FOR HEARING ON EMERGENCY MOTION FOR INTERIM ORDER APPROVING POSTPETITION FINANCING |

This matter came before the Court on the Motion for Ex Parte Order Shortening Time for Hearing on the Emergency Motion for Interim Order Approving Postpetition Financing (the "Motion") filed by The Cascadia Project LLC, debtor and debtor in possession herein ("Debtor"). The Court having reviewed the files and records herein, finds that good cause exists to grant the relief requested in the Motion. Now, therefore,

IT IS HEREBY ORDERED as follows:

1. The Motion is granted.

*[The rest of this page intentionally left blank.]*

EX PARTE ORDER SHORTENING TIME FOR HEARING ON
EMERGENCY MOTION … - 1

PDXDOCS:1871329.2
552640.0007

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO    Doc 73    Filed 11/25/09    Entered 11/25/09 13:24:50    Page 1 of 2

2. The time for hearing on the Emergency Motion, as that term is defined in the Motion, is shortened to Tuesday, December 1, 2009, at 9:30 a.m., with responses due at the time of hearing, whether in writing or orally at the hearing.

DATED this _____ day of November, 2009.

_____
Karen A. Overstreet
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

MILLER NASH LLP

/s/ Geoffrey Groshong
Geoffrey Groshong
WSB No. 6124

Attorney for Debtor
The Cascadia Project LLC

EX PARTE ORDER SHORTENING TIME FOR HEARING ON
EMERGENCY MOTION … - 2

PDXDOCS:1871329.2
552640.0007

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

Case 09-20780-KAO    Doc 73    Filed 11/25/09    Entered 11/25/09 13:24:50    Page 2 of 2