# MONTHLY FINANCIAL REPORT FOR
# CORPORATE OR PARTNERSHIP DEBTOR

| | | | |
|---|---|---|---|
| Case No. | 09-20780-KAO | Report Month/Year | 02/2010 |
| Debtor | The Cascadia Project LLC | | |

**INSTRUCTIONS:** The debtor's monthly financial report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rule 2015-2(a), or the United States Trustee's reporting requirements, is cause for conversion or dismissal of the case.

| The debtor has provided the following with this monthly financial report: | Yes | No |
|---|---|---|
| **UST-12** **Comparative Balance Sheet, or debtor's balance sheet.** The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☒ | ☐ |
| **UST-13** **Comparative Income Statement, or debtor's income statement.** | ☒ | ☐ |
| **UST-14** **Summary of Deposits and Disbursements** | ☐ | ☐ |
| **UST-14** Continuation Sheets **Statement(s) of Cash Receipts and Disbursements** A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☒ | ☐ |
| **UST-15** **Statement of Aged Receivables** A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-15. | ☒ | ☐ |
| **UST-16** **Statement of Aged Post-Petition Payables** A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-16. | ☒ | ☐ |
| **UST-17** **Other Information** When applicable, attach supporting documents such as an escrow statement for the sale of real property or an auctioneer's report for property sold at auction. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or a copy of the bond. | ☒ | ☐ |

## CONTACT INFORMATION

**Who is the best person to contact if the UST has questions about this report?**

| Name | Scott Wu |
|---|---|
| Telephone | (425)646-3037 |
| Email | wuk@cascadiacorp.com |

## DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer or director has authority to sign a financial report for a corporate debtor and only a general partner has authority to sign a financial report for a partnership debtor. <u>Debtor's counsel may not sign a financial report for the debtor.</u>

**Question 1** At month end, was the debtor delinquent on any <u>post-petition</u> tax obligation?

Yes ☐  No ☒

If yes, list each delinquent post-petition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1130(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.

$ 350,875.09

I certify under penalty of perjury that other information contained in this monthly financial report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature _____    Date 3·15·10

## Monthly Financial Reports
### (due on the 15th of the subsequent month)

Original Place of Filing:

| Seattle, WA ▼ | Tacoma, WA ▼ |
|---|---|
| File the <u>original</u> with the court:: | File the <u>original</u> with the court:: |
| United States Bankruptcy Court<br>United States Courthouse<br>700 Stewart Street, **Suite 6103**<br>**Seattle, WA 98101** | United States Bankruptcy Court<br>1717 Pacific Avenue, **Suite 2100**<br>**Tacoma, WA 98402** |

AND serve a <u>copy</u> on each of the following:

- Each member of any committees elected or appointed pursuant to the Bankruptcy Code, and to their authorized agents.
- Debtor's counsel.

NOTE: If the report is electronically filed with the Court, the United States Trustee will be served automatically. There is no need to serve an additional copy on the United States Trustee.

## UST-12, COMPARATIVE BALANCE SHEET

### Please see attached Balance Sheet

| As of month ending ⇨ | | | |
|---|---|---|---|
| **ASSETS** | | | |
| Current Assets | | | |
| Cash | | | |
| Cash - Held by Others (Escrow & Attorney Trust Accounts) | | | |
| Accounts Receivable (net) | | | |
| Notes Receivable | | | |
| Inventory | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Fixed Assets | | | |
| Real Property/Buildings | | | |
| Equipment | | | |
| Accumulated Depreciation | | | |
| Total Fixed Assets | | | |
| Other Assets (attach list) | | | |
| TOTAL ASSETS | | | |
| | | | |
| **LIABILITIES** | | | |
| Post-Petition Liabilities | | | |
| Taxes Payable | | | |
| Other Accounts Payables | | | |
| Notes Payable | | | |
| Rents, Leases & Mortgages Payable | | | |
| Accrued Interest | | | |
| Other (specify) | | | |
| Total Post-Petition Liabilities | | | |

(contd. on next page)

## UST-12, COMPARATIVE BALANCE SHEET (contd.)

### Please see attached Balance Sheet

| As of month ending ⇨ | | | |
|---|---|---|---|
| Pre-Petition Liabilities | | | |
| Unsecured Debt | | | |
| Priority Debt: | | | |
| Taxes | | | |
| Wages | | | |
| Deposits | | | |
| Other | | | |
| Notes Payable (Secured Debt) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| EQUITY | | | |
| Stockholders' Equity (Or Deficit) | | | |
| Capital Stock | | | |
| Paid-In Capital | | | |
| Retained Earnings | | | |
| Total Stockholders' Equity (Or Deficit) | | | |
| | | | |
| Partners' Investment  (Or Deficit) | | | |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY OR PARTNERS' INVESTMENT | | | |

Footnotes to balance sheet:

Case 09-20780-KAO   Doc 236   Filed 03/19/10   Entered 03/19/10 14:16:17   Page 4 of 37

# The Cascadia Project LLC

Statements of Assets, Liabilities and Member's Deficit
Federal Income Tax Basis
February 28, 2010

|  | 2/28/10 | 1/31/10 |
|---|---|---|
| **Assets** |  |  |
| Land and improvements | $ 117,656,561 | $ 117,656,561 |
| Investment in Joint Venture | 7,767,634 | 7,767,634 |
| Cash and cash equivalents | 4,951 | (10,321) |
| Escrow - restricted cash | 773,993 | 988,238 |
| Deposits - utility providers | 14,820 | 14,820 |
| Accounts receivable | 2,820,000 | 2,831,249 |
| Due from related parties | 1,011,053 | 1,008,899 |
| Prepaid expenses | 195,543 | 195,543 |
| Equipment, net of depreciation | 21,471 | 21,471 |
| Total assets | $ 130,266,026 | $ 130,474,094 |
|  |  |  |
| **Liabilities and Member's Deficit** |  |  |
| Pre-petition liabilities: |  |  |
| Pre-petition liabilities-received after petition filed | $ 53,745 | $ 53,745 |
| Bank loans (see Note) | 69,277,125 | 69,543,182 |
| Note payable to related party | 51,856,421 | 51,856,421 |
| Real property tax | 17,356 | 17,356 |
| Accounts payable and other accrued expenses | 439,241 | 439,241 |
| Contracts and retentions payable | 1,611,547 | 1,611,547 |
| Due to related party | 432,247 | 432,247 |
| Due to member | 1,000,000 | 1,000,000 |
| Total pre-petition liabilities | 124,687,682 | 124,953,739 |
| Post-petition liabilities: |  |  |
| Taxes Payable | 2,973 | 1,601 |
| Other Accounts Payable | 14,626 | 17,032 |
| Notes Payable | 260,000 | 173,000 |
| Accrued Interest | 3,909 | 1,795 |
| Total post-petition liabilities | 281,508 | 193,428 |
|  |  |  |
| Obligation for future costs recognized | 9,309,787 | 9,309,787 |
| Total liabilities | 134,278,977 | 134,456,954 |
|  |  |  |
| Member's deficit | (4,012,951) | (3,982,860) |
| Total liabilities and member's deficit | $ 130,266,026 | $ 130,474,094 |

Note: The balance for bank loans is as of February 28, 2009, the date of the
most recent accounting provided by the bank, less subsequent principal
payments of $2,500,000.

## UST-13, COMPARATIVE INCOME STATEMENT

### Please see attached Income Statement

| For the month of ⇨ | | | |
|---|---|---|---|
| GROSS SALES | | | |
| Less:   Returns and Allowances | | | |
| Net Sales | | | |
| Cost of Sales:<br>Beginning Inventory<br>Add:    Purchases<br>Less:    Ending Inventory<br>Cost of Goods Sold | | | |
| GROSS MARGIN | | | |
| Other Operating Expenses: | | | |
| Officers' Salaries | | | |
| Other Salaries/Direct Labor | | | |
| Employee Benefits/Payroll Taxes | | | |
| Insurance | | | |
| Rent | | | |
| General and Administrative | | | |
| NET OPERATING PROFIT (LOSS) | | | |
| Add:    Other Income | | | |
| Less:    Interest Expense | | | |
| Other Adjustments to Income (Explain) | | | |
| Gain (Loss) on Sale of Assets | | | |
| Net Profit (Loss) Before Taxes | | | |
| Income Taxes | | | |
| NET PROFIT (LOSS) | | | |

Notes:

Case 09-20780-KAO   Doc 236   Filed 03/19/10   Entered 03/19/10 14:16:17   Page 6 of 37

# The Cascadia Project LLC

Statements of Revenues, Expenses and Member's Deficit
Federal Income Tax Basis
For the period ended February 28, 2010

|  | 2/28/10 | 1/31/10 |
|---|---|---|
| Revenue from easement sale | 548,750 | 548,750 |
| Cost of property sold and selling costs | (1,671) | (1,671) |
| Gross profit | 547,079 | 547,079 |
|  |  |  |
| Operating expenses: |  |  |
| Interest and bank charges (see Note) | - | - |
| Consulting and marketing | 16,625 | 4,625 |
| Insurance | 801 | 25 |
| Real estate taxes | - | - |
| Salaries and payroll | 84,718 | 27,966 |
| Security | 9,759 | 4,496 |
| Legal and accounting | - | - |
| Office and administrative | 36,195 | 28,414 |
| Travel and entertainment | 2,277 | 1,067 |
| Advertising and promotion | - | - |
| Less IRC 263(A) costs allocated to land and improvements | *To be determined* | *To be determined* |
| Total expenses | 150,375 | 66,593 |
|  |  |  |
| Loss from operations | 396,704 | 480,486 |
|  |  |  |
| Other income (expenses): |  |  |
| Interest income | 4,538 | 2,384 |
| Other interest expense - post-petition | (3,544) | (1,430) |
| Timber harvesting revenue | 131,933 | 79,924 |
| Other income | 1,703 | 60 |
| Depreciation and amortization | *To be determined* | *To be determined* |
| Contributions | - | - |
|  | 134,630 | 80,938 |
|  |  |  |
| Net profit (loss) | 531,333 | 561,424 |
|  |  |  |
| Member's deficit, beginning of year | (4,544,284) | (4,544,284) |
|  |  |  |
| Capital contributions, net | - | - |
|  |  |  |
| Member's deficit, end of this period | (4,012,951) | (3,982,860) |

Note: Includes bank interest through February 28, 2009, the date of the most recent
accounting provided by the bank.

## UST-14, SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** <u>BEFORE COMPLETING THIS PAGE</u>, prepare a UST-14 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate <u>monthly</u> disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on **April 30, July 31, October 31, and January 31,** respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the <u>calendar quarter</u>, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee is cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: **www.usdoj.gov/ust/r18/s_library.htm**

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (206) 553-2000.

### Summary of Deposits This Month

| | |
| --- | --- |
| Deposits from UST-14 Continuation Sheet(s) | 151,900.02 |
| Cash receipts not included above (if any) | |
| **TOTAL RECEIPTS** ☞ | 151,900.02 |

### Summary of Disbursements This Month

| | |
| --- | --- |
| Disbursements from UST-14 Continuation Sheet(s) | 350,875.09 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 13, Question 1) | |
| Disbursements made by other parties for the debtor (if any, explain) | |
| | **Note: Enter the amount for TOTAL DISBURSEMENTS here <u>and</u> on Page 2.** |
| **TOTAL DISBURSEMENTS** ☞ | 350,875.09 |
| **NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS)** ☞ | ($198,975.07) |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the United States Trustee?   Yes ☐   No ☒   If "Yes", list each quarter that is delinquent and the amount due.

**(UST-14 CONTINUATION SHEETS, with attachments, should follow this page.)**

Case 09-20780-KAO   Doc 236   Filed 03/19/10   Entered 03/19/10 14:16:17   Page 8 of 37

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name**   ⇨ | The commerce Bank of Washington |
| **Account number**   ⇨ | Checking Account #█ 2367 |

Purpose of this account (select one):
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | ($10,349.57) |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | 12,891.39 |
| | Y.K. Chen Financing or other loaned funds (identify source) | 87,000.00 |
| Total cash available this month | | 89,541.82 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 84,621.80 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 4,920.02 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☑ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☑ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number ___1___ of __8__

# THE
# COMMERCE
# BANK
OF WASHINGTON

RECEIVED

MAR 0 5 2010

CASCADIA PROJECT

ENTERED

MAR 1 2 2010

The Cascadia Project, LLC                           30
11232 NE 15th Street #201                            0
Bellevue WA  98004-3719                             28

==============================================================
Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

==============================================================
Checking ACCOUNT ⬛2367
==============================================================

LAST STATEMENT 01/29/10          2,650.75-
        6 CREDITS               99,891.39
       32 DEBITS                80,223.16
THIS STATEMENT 02/26/10         17,017.48

- - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
        02/18    1,642.70 ✓

- - - - - - - - OTHER CREDITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Check #24351 posted on  01/19/ 10 in error | 02/01 | 11,248.69 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 02/01 | 27,000.00 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 02/03 | 15,000.00 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 02/12 | 20,000.00 ✓ |
| ONLINE TRANSFER FROM PERSONAL MONEY MARKET-0739 | 02/25 | 25,000.00 ✓ |

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 545 02/02    4,997.34 | 549 02/08    3,179.87 | 553 02/22    1,862.61 |
| 546 02/05    3,316.01 | 550 02/22    4,016.21 | 554 02/18    1,051.35 |
| 547 02/03    1,742.61 | 551 02/22    4,997.33 | 555*02/22    3,179.88 |
| 548 02/02    1,537.06 | 552 02/22    3,316.02 | 10371*02/01    1,033.66 |

* * *  C O N T I N U E D  * * *

355-07 8/03          601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457

# THE
# COMMERCE
# BANK
OF WASHINGTON

The Cascadia Project, LLC

==================================================================

Checking ACCOUNT ██2367

==================================================================

- - - - - - - - CHECKS - - - - - - - -

| CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT | CHECK #..DATE......AMOUNT |
|---|---|---|
| 10373 02/01      78.24 | 10382 02/04      325.00 | 10388 02/05    1,000.00 |
| 10374*02/01    3,481.01 | 10383 02/04      526.88 | 10389 02/16    1,200.00 |
| 10377 02/02      500.00 | 10384 02/03      244.07 | 10390*02/22      650.00 |
| 10378*02/02    1,625.00 | 10385 02/04      103.45 | 10394 02/25    3,559.70 |
| 10380 02/11      119.50 | 10386 02/05   10,000.00 | |
| 10381 02/04        9.53 | 10387 02/08    5,207.02 | |

(*) INDICATES A GAP IN CHECK NUMBER SEQUENCE

10399 Void

- - - - - - - OTHER DEBITS - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| 270043200959918 IRS USATAXPYMT | 02/01 | 110.98 |
| 270043600519158 IRS USATAXPYMT | 02/05 | 6,747.37 |
| ATM Debit Ck#544 | 02/08 | 4,016.21 |
| 270045500147769 IRS USATAXPYMT | 02/24 | 6,489.25 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
**********************************************************************
*                          ±   TOTAL FOR   ±     TOTAL          *
*                          ±   THIS PERIOD ±   YEAR TO DATE      *
*--------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:     ±     .00       ±       .00          *
*--------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES: ±     .00       ±       .00          *
**********************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
|---|---|---|
| 02/01      30,894.05 | 02/08         816.63 | 02/22       2,066.43 |
| 02/02      22,234.65 | 02/11         697.13 | 02/24       4,422.82- |
| 02/03      35,247.97 | 02/12      20,697.13 | 02/25      17,017.48 |
| 02/04      34,283.11 | 02/16      19,497.13 | |
| 02/05      13,219.73 | 02/18      20,088.48 | |

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

**The Cascadia Project LLC**
Checking Account Register
2/1/10-2/28/10

| Date | Check# | | Vender | Amount |
|------|--------|---|--------|--------|

**Checking#367**

Beginning Book Balance 2/1/10                                    $ (10,349.57)

| Date | Check# | | Vender | Amount |
|------|--------|---|--------|--------|
| 2/1/10 | EFT | | EFTPS | (110.98) |
| 2/1/10 | 544 | S | Patrick Kuo | (4,016.21) |
| 2/1/10 | 545 | S | Steven Ahrens | (4,997.34) |
| 2/1/10 | 546 | S | Thomas Uren | (3,316.01) |
| 2/1/10 | 547 | S | Kun-Feng Scott Wu | (1,742.61) |
| 2/1/10 | 548 | S | Catherine Ozols | (1,537.06) |
| 2/1/10 | 549 | S | John Ladenburg | (3,179.87) |
| 2/1/10 | 10384 | | Department of Labor & Industries | (244.07) |
| 2/1/10 | 10385 | | Employment Security Department | (103.45) |
| 2/3/10 | 10386 | | CreekSide Associates LLC | (10,000.00) |
| 2/3/10 | 10387 | S | MBA Trust | (5,207.02) |
| 2/3/10 | 10388 | | Sean Morishige | (1,000.00) |
| 2/5/10 | EFT | S | EFTPS | (6,747.37) |
| 2/8/10 | 10389 | | Marikay Cumpston | (1,200.00) |
| 2/17/10 | 550 | S | Patrick Kuo | (4,016.21) |
| 2/17/10 | 551 | S | Steven Ahrens | (4,997.33) |
| 2/17/10 | 552 | S | Thomas Uren | (3,316.02) |
| 2/17/10 | 553 | S | Kun-Feng Scott Wu | (1,862.61) |
| 2/17/10 | 554 | S | Catherine Ozols | (1,051.35) |
| 2/17/10 | 555 | S | John Ladenburg | (3,179.88) |
| 2/19/10 | 10390 | | Sean Morishige | (650.00) |
| 2/24/10 | EFT | S | EFTPS | (6,489.25) |
| 2/24/10 | 10391 | | AICPA | (76.87) |
| 2/24/10 | 10392 | | Anolis Corp | (121.14) |
| 2/24/10 | 10393 | | AT&T Mobility | (80.38) |
| 2/24/10 | 10394 | S | Charles Lappenbusch Consulting, LLC | (3,559.70) |
| 2/24/10 | 10395 | | GE Capital | (61.32) |
| 2/24/10 | 10396 | | Integra Telecom | (260.26) |
| 2/24/10 | 10397 | | Islander Tech | (450.00) |
| 2/24/10 | 10398 | | Murreys Disposal Co, Inc. | (78.24) |
| 2/24/10 | 10399 | | National Maintenance Contractors | (345.00) |
| 2/24/10 | 10400 | | Pacific Mobile Structures, Inc. | (875.50) |
| 2/24/10 | 10401 | | Philadelphia Insurance Companies | (776.25) |
| 2/24/10 | 10402 | | Pierce County Security | (2,462.50) |
| 2/24/10 | 10403 | S | Puget Sound Energy | (3,030.62) |
| 2/24/10 | 10404 | S | Public Storage | (300.00) |
| 2/24/10 | 10405 | | Sean Morishige | (1,000.00) |
| 2/24/10 | 10406 | | Tacoma City Treasurer | (1,825.77) |
| 2/24/10 | 10407 | | United Site Services | (131.11) |
| 2/24/10 | 10408 | | Water Buffalo Inc. | (222.50) |
| | | | Total Disbursement 2/1/10-2/28/10 | (84,621.80) |
| | | | | |
| 2/1/10 | TXFR | | Y.K. Chen | 27,000.00 |
| 2/1/10 | | | The Commerce Bank of WA | 11,248.69 |
| 2/3/10 | TXFR | | Y.K. Chen | 15,000.00 |
| 2/12/10 | TXFR | | Y.K. Chen | 20,000.00 |
| 2/18/10 | DEP | | The Hartford | 1,642.70 |
| 2/24/10 | TXFR | | Y.K. Chen | 25,000.00 |
| | | | Total Funding/Misc. Deposit 1/1/10-1/31/10 | 99,891.39 |

**Ending Book Balance 1/31/10**                        $   4,920.02

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | The commerce Bank of Washington<br>Money Market Account #████2375 |

**Purpose of this account (select one):**
- ☑ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $0.44 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 0.44 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $0.44 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __2__ of __8__

# THE COMMERCE BANK
OF WASHINGTON

RECEIVED

MAR 02 2010

CASCADIA PROJECT

The Cascadia Project, LLC                    <T> 30
11232 NE 15th Street #201                          0
Bellevue WA  98004-3719                            0

============================================================
Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

============================================================
                 Money Market ACCOUNT      2375
============================================================

                              LAST STATEMENT 01/29/10           .44
INTEREST PAID 2009        1,140.64      CREDITS                  .00
MINIMUM BALANCE               .44       DEBITS                   .00
AVG AVAILABLE BALANCE         .44   THIS STATEMENT 02/26/10      .44
AVERAGE BALANCE               .44

       - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

  ****************************************************************
  *                              TOTAL FOR       TOTAL          *
  *                             THIS PERIOD   YEAR TO DATE      *
  *                                                             *
  * TOTAL OVERDRAFT FEES:            .00           .00          *
  * TOTAL RETURNED ITEM FEES:        .00           .00          *
  ****************************************************************


                     - END OF STATEMENT -

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨<br>**Account number** ⇨ | The commerce Bank of Washington<br>DIP-City of Orting Checking Account #■■■7920 |

Purpose of this account (select one):
- ❏ General operating account
- ❏ General payroll account
- ❏ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) _Restricted escrow account_

| | |
|---|---|
| Beginning cash balance | $113,997.59 |
| Add:    Transfers in from other estate bank accounts | |
| Cash receipts deposited to this account | |
| Financing or other loaned funds (identify source) | |
| Total cash available this month | 113,997.59 |
| Subtract:    Transfers out to other estate bank accounts | |
| **Cash disbursements** from this account<br>(total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | |
| Ending cash balance | $113,997.59 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❏ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❏ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❏ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❏ | ☑ |

UST-14 CONTINUATION SHEET, Number _3_ of _8_

# THE
# COMMERCE
# BANK
OF WASHINGTON

H

The Cascadia Project LLC
Debtor in Possession Acct FBO
City of Orting                               30
Hold Statement - give to Marj                 0
                                              0

===============================================================

Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

===============================================================
Checking ACCOUNT     7920
===============================================================

|                        |            | LAST STATEMENT 01/29/10 | 113,997.59 |
|------------------------|------------|-------------------------|------------|
| MINIMUM BALANCE        | 113,997.59 | CREDITS                 | .00        |
| AVG AVAILABLE BALANCE  | 113,997.59 | DEBITS                  | .00        |
| AVERAGE BALANCE        | 113,997.59 | THIS STATEMENT 02/26/10 | 113,997.59 |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
********************************************************************
*                      ±      TOTAL FOR    ±      TOTAL          *
*                      ±      THIS PERIOD  ±     YEAR TO DATE     *
*------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:    ±       .00     ±        .00           *
*------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  ±     .00     ±        .00           *
********************************************************************
```

355-07 8/03          601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

| Debtor | The Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|--------|--------------------------|-------------|---|----------|
|        |                          | Report Mo/Yr | ⇨ | 02/2010 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The commerce Bank of Washington |
|---|---|
| Account number ⇨ | DIP-Pierce County Sewer Bond Checking Account#███7912 |

Purpose of this account (select one):
- ❑ General operating account
- ❑ General payroll account
- ❑ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) Restricted escrow account

| | | |
|---|---|---|
| Beginning cash balance | | $234,520.73 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | $234,520.73 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $234,520.73 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number ___4___ of ___8___

# THE
# COMMERCE
# BANK
#### OF WASHINGTON

▼ ▓ ▒ ▒ ▼ ▒ ▒

MAR 0 8 2010

CASCADIA PROJECT

The Cascadia Project LLC
Debtor in Possession Acct FBO
Pierce Cty Pub Works & Utility                          30
Hold Statement - give to Marj                            0
                                                         0

================================================================================
Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

================================================================================
                    Checking ACCOUNT ███7912
================================================================================

                              LAST STATEMENT 01/29/10    234,520.73
MINIMUM BALANCE         234,520.73          CREDITS             .00
AVG AVAILABLE BALANCE   234,520.73          DEBITS              .00
AVERAGE BALANCE         234,520.73  THIS STATEMENT 02/26/10 234,520.73

   - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

*************************************************************************
*                              ±    TOTAL FOR   ±     TOTAL          *
*                              ±   THIS PERIOD  ±  YEAR TO DATE      *
*-----------------------------------------------------------------------
*  TOTAL OVERDRAFT FEES:       ±        .00     ±        .00         *
*-----------------------------------------------------------------------
*  TOTAL RETURNED ITEM FEES:   ±        .00     ±        .00         *
*************************************************************************

355-07 8/03          601 Union Street, Suite 3600  Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

Debtor  **The Cascadia Project LLC**

Case Number ⇨ 09-20780

Report Mo/Yr ⇨ 02/2010

### UST-14, CONTINUATION SHEET
### STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ Account number ⇨ | The commerce Bank of Washington DIP-O Parcel Timber Proceeds Checking Account #▨8919 |
|---|---|

Purpose of this account (select one):
- ❏ General operating account
- ❏ General payroll account
- ❏ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) <u>Segregated account for non-collatered timber proceeds</u>

| | | |
|---|---|---|
| Beginning cash balance | | $12,716.71 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 12,716.71 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 196.29 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $12,520.42 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ❏ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ❏ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☑ | ❏ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❏ | ☑ |

UST-14 CONTINUATION SHEET, Number <u>5</u> of <u>8</u>

# THE
# COMMERCE
# BANK
OF WASHINGTON

RECEIVED

MAR 0 5 2010

CASCADIA PROJECT

ENTERED

MAR 1 2 2010

The Cascadia Project, LLC
C/O Kuo & Co.
0 Parcel Timber Proceeds                          30
11232 NE 15th Street #201                          0
Bellevue WA  98004-3719                            1

=================================================================
Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

=================================================================
                    Checking ACCOUNT ▮8919
=================================================================

                              LAST STATEMENT 01/29/10       12,716.71 ✓
MINIMUM BALANCE        12,520.42        CREDITS                    .00
AVG AVAILABLE BALANCE  12,548.46      1 DEBITS                  196.29 ✓
AVERAGE BALANCE        12,548.46  THIS STATEMENT 02/26/10     12,520.42 ✓

          - - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
     02/03      196.29

     - - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

     *********************************************************************
     *                            ±   TOTAL FOR   ±    TOTAL          *
     *                            ±   THIS PERIOD  ±  YEAR TO DATE    *
     *----------------------------------------------------------------*
     * TOTAL OVERDRAFT FEES:      ±        .00     ±        .00       *
     *----------------------------------------------------------------*
     * TOTAL RETURNED ITEM FEES:  ±        .00     ±        .00       *
     *********************************************************************

          - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
02/03      12,520.42

355-07 8/03        601 Union Street, Suite 3600  Seattle, Washington 98101  (206) 292-3900  Fax (206) 625-9457



art of living

February 1, 2010

State of Washington
Department of Revenue
PO Box 34053
Seattle, WA 98124-1053

To whom it may concern,

The Cascadia Project LLC filed for Chapter 11 reorganizations on October 15, 2009 (Case No.09-20780). Therefore, at this time, we are submitting payment for only the post-petition tax liability of $196.29.

Post-petition Tax Calculation:
Gross Timber Revenue (post-petition) $57,328.58 x 0.003424 = $196.29

Best regards,

Scott Wu
Associate Controller

10927 NE 15th Street, Suite 201, Bellevue, WA 98004   ph: (425) 646-3037   f: (425) 646-0242   www.livecascadia.com

**UST-14, CONTINUATION SHEET
STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | The commerce Bank of Washington |
| --- | --- |
| Account number ⇨ | DIP-General Timber Proceeds Checking Account #████9818 |

Purpose of this account (select one):
❑ General operating account
❑ General payroll account
❑ Tax deposit account (payroll, sales, gambling, or other taxes)
☑ Other (explain) __Timber proceeds__

| | | |
| --- | --- | --- |
| Beginning cash balance | | $79,924.41 |
| Add: Transfers in from other estate bank accounts | | |
| Cash receipts deposited to this account Timber Proceeds | | 52,008.63 |
| Financing or other loaned funds (identify source) | | |
| Total cash available this month | | 131,933.04 |
| Subtract: Transfers out to other estate bank accounts | | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $131,933.04 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
| --- | --- | --- |
| A monthly bank statement (or trust account statement); | ☑ | ❑ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☑ | ❑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number __6__ of __8__

# THE COMMERCE BANK
OF WASHINGTON

RECEIVED

MAR 0 5 2010

CASCADIA PROJECT

ENTERED

MAR 1 2 2010

The Cascadia Project, LLC
C/O Kuo & Co.
General Timber Proceeds        30
11232 NE 15th Street #201       0
Bellevue WA  98004-3719       0

=====================================================================

Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

=====================================================================

### Checking ACCOUNT ■■9818

=====================================================================

|  |  | LAST STATEMENT 01/29/10 | 79,924.41✓ |
|---|---|---|---|
| MINIMUM BALANCE | 79,924.41 | 1 CREDITS | 52,008.63✓ |
| AVG AVAILABLE BALANCE | 89,907.96 | DEBITS | .00 |
| AVERAGE BALANCE | 96,641.46 | THIS STATEMENT 02/26/10 | 131,933.04 / |

- - - - - - - DEPOSITS - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
    02/18   52,008.63 ✓

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
*********************************************************************
*                      ±     TOTAL FOR   ±     TOTAL            *
*                      ±     THIS PERIOD ±   YEAR TO DATE       *
*------------------------------------------------------------------*
* TOTAL OVERDRAFT FEES:    ±        .00  ±          .00         *
*------------------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  ±      .00  ±          .00         *
*********************************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
02/18    131,933.04

355-07 8/03      601 Union Street, Suite 3600  Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

**The Cascadia Project LLC**
General Timber Proceeds
2/1/10-2/28/10

| | | | | | |
|---|---|---|---|---|---:|
| 2/18/10 | DEP | S | Manke Lumber Company Inc. | Timber 12/29/09-12/30/09 ck#507610 | 2,083.00 |
| 2/18/10 | DEP | S | Manke Lumber Company Inc. | Timber 1/18/10-1/22/10 ck#507551 | 13,024.40 |
| 2/18/10 | DEP | S | Edman Company | Timber 1/18/10-1/22/10 ck#29699 | 2,744.08 |
| 2/18/10 | DEP | S | Manke Lumber Company Inc. | Timber 1/25/10-1/29/10 ck#507625 | 13,087.80 |
| 2/18/10 | DEP | S | Edman Company | Timber 1/25/10-1/29/10 ck#29754 | 248.19 |
| 2/18/10 | DEP | S | Manke Lumber Company Inc. | Timber 2/1/10-2/5/10 ck#507715 | 17,314.60 |
| 2/18/10 | DEP | S | Edman Company | Timber 2/1/10-2/5/10 ck#29805 | 3,506.56 |

TOTAL 2/1/10-2/28/10  $ 52,008.63

| Debtor | The Cascadia Project LLC | Case Number ⇨ | 09-20780 |
|---|---|---|---|
| | | Report Mo/Yr ⇨ | 02/2010 |

## UST-14, CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ Account number ⇨ | The commerce Bank of Washington DIP-PSE Easement Checking Account #███9915 |
|---|---|

Purpose of this account (select one):
- ❑ General operating account
- ❑ General payroll account
- ❑ Tax deposit account (payroll, sales, gambling, or other taxes)
- ☑ Other (explain) Easement sale

| | | |
|---|---|---|
| Beginning cash balance | | $547,079.41 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 547,079.41 |
| Subtract: | Transfers out to other estate bank accounts | |
| | Payment to HomeStreet Bank Cash disbursements from this account (total checks written plus cash withdrawals, if any) | 266,057.00 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $281,022.41 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| · A monthly bank statement (or trust account statement); | ☑ | ❑ |
| · A detailed list of receipts for that account (deposit log or receipts journal); | ❑ | ☑ |
| · A detailed list of disbursements for that account (check register or disbursement journal); and, | ❑ | ☑ |
| · If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ❑ | ☑ |

UST-14 CONTINUATION SHEET, Number _7_ of _8_

# THE
# COMMERCE
# BANK
## OF WASHINGTON

RECEIVED

MAR 0 5 2010

CASCADIA PROJECT

ENTERED

MAR 1 2 2010

The Cascadia Project, LLC
C/O Kuo & Co.
PSE Easement                                    30
11232 NE 15th Street #201                        0
Bellevue WA  98004-3719                          0

===========================================================================

Effective February 27, 2010 the Federal Reserve Bank will make
operational changes that will impact our funds availability policies.
Although the availability of most deposited funds will remain the same,
the amount of time we may place a standard hold on deposits has been
reduced from the fifth business day after the date of deposit to two
business days.  Exception holds may be placed for up to seven business
days instead of the previous eleven.  Under special circumstances, delays
may apply.

===========================================================================

## Checking ACCOUNT ███9915

===========================================================================

|                       |            | LAST STATEMENT 01/29/10 | 547,079.41 ✓ |
| --------------------- | ---------- | ----------------------- | ------------ |
| MINIMUM BALANCE       | 281,022.41 | CREDITS                 | .00          |
| AVG AVAILABLE BALANCE | 300,026.48 | 1 DEBITS                | 266,057.00   |
| AVERAGE BALANCE       | 300,026.48 | THIS STATEMENT 02/26/10 | 281,022.41 ✓ |

- - - - - - - - OTHER DEBITS - - - - - - - -

| DESCRIPTION | DATE | AMOUNT |
| --- | --- | --- |
| OWT HOMESTREET BANK THE CASCADIA PROJECT LLC CHAPTER 11 | 02/01 | 266,057.00 ✓ |
| BANKRUPTCY 09-20780 11 U | | |

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
***********************************************************
*                    ±   TOTAL FOR    ±     TOTAL        *
*                    ±   THIS PERIOD  ±   YEAR TO DATE   *
*-------------------------------------------------------*
* TOTAL OVERDRAFT FEES:    ±      .00  ±        .00      *
*-------------------------------------------------------*
* TOTAL RETURNED ITEM FEES:  ±    .00  ±        .00      *
***********************************************************
```

- - - - - - - DAILY BALANCE - - - - - - -

| DATE..........BALANCE | DATE..........BALANCE | DATE..........BALANCE |
| --- | --- | --- |
| 02/01     281,022.41 | | |

355-07 8/03        601 Union Street, Suite 3600   Seattle, Washington 98101   (206) 292-3900  Fax (206) 625-9457

| Debtor | The Cascadia Project LLC | Case Number ⇨ | 09-20780 |
|---|---|---|---|
| | | Report Mo/Yr ⇨ | 02/2010 |

**UST-14, CONTINUATION SHEET**
**STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS**

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ | KeyBank |
|---|---|
| Account number ⇨ | Money Market Account # ____6012 |

Purpose of this account (select one):
☑ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, gambling, or other taxes)
☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | $21.84 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 21.84 |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | $21.84 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☑ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☑ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☑ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☑ |

UST-14 CONTINUATION SHEET, Number __8__ of __8__



KeyBank
P.O. Box 22114
Albany, NY 12201-2114



████████7295

RECEIVED
MAR 08 2010
CASCADIA PROJECT

T  0260 00000 R EM T1

THE CASCADIA PROJECT LLC
11232 NE 15TH ST SUITE 201
BELLEVUE WA 98004-3739

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

Key Business Gold Money Market Svgs ████████7295
THE CASCADIA PROJECT LLC

| Beginning balance 1-31-10 | $21.84 |
|---|---|
| **Ending balance 2-28-10** | **$21.84** |

**Interest earned**

| | |
|---|---|
| Current Interest Rate | variable |
| Number of days this statement period | 28 |
| Interest earned (2009) | $5,009.41 |

████████7295 - 04731
3853

| Debtor | The Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 02/2010 |

## UST-14, SUMMARY OF DISBURSEMENTS (contd.)

### Payments on Pre-Petition Unsecured Debt (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month on pre-petition unsecured debt?      Yes ☐  No ☑      **If "Yes", list each payment.**

| Payee's name | Nature of payment | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to Attorneys and Other Professionals (requires court approval)

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to a professional such as an attorney, accountant, realtor, appraiser, auctioneer, business consultant, or other professional person?      Yes ☐  No ☑
**If "Yes", list each payment.**

| Professional's name | Type of work performed | Payment date | Payment amount | Date of court approval |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### Payments to an Officer, Director, Partner, or Other Insider of The Debtor

Did the debtor, or another party on behalf of the debtor, make any payments during this reporting month to an officer, director, partner, or other insider of the debtor?      Yes ☑  No ☐      **If "Yes", list each payment.**

| Payee's name | Relationship to debtor | Payment date | Payment amount | Purpose of payment |
|---|---|---|---|---|
| Patrick Kuo | Managing Member | 2/1/10 | 5,000 | Salary |
| Patrick Kuo | Managing Member | 2/17/10 | 5,000 | Salary |
| Steven Ahrens | CFO | 2/1/10 | 6,250 | Salary |
| Steven Ahrens | CFO | 2/17/10 | 6,250 | Salary |
| John Ladenburg | COO | 2/1/10 | 4,379 | Salary |
| John Ladenburg | COO | 2/17/10 | 4,379 | Salary |
| | | | | |

**INSTRUCTIONS:** Use the last column to describe the purpose of each payment, such as gross wages or salary, reimbursement for business expenses, loan repayment, advance, draw, bonus, dividend, stock distribution, or other reason for the payment(explain).

## UST-15, STATEMENT OF AGED RECEIVABLES

**INSTRUCTIONS:** Complete all portions of UST-15, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both pre-petition <u>and</u> post-petition accounts receivable; and,
2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-16, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Pre-petition receivables | 3,817,170 | 3,719,067 | | | 98,103 | 98,103* |
| Post-petition receivables | 13,883 | 13,883 | | | | |
| TOTALS | 3,831,053 | 3,732,950 | | | 98,103 | 98,103 |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

*These Pre-petition receivables are presently uncollectible

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor? No    **If yes, explain.**

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | 3,840,148 |
| New accounts receivable added this month | 2,154 |
| Subtotal | 3,842,302 |
| Less accounts receivable collected | 11,249 |
| Closing balance for current month | 3,831,053 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART A - TAXES

INSTRUCTIONS:   Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

At the end of this reporting month, the debtor <u>did not have any unpaid post-petition taxes</u> which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 10.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid post-petition taxes from prior reporting month | (2) Post-petition taxes accrued this month (new obligations) | (3) Post-petition tax payments made this reporting month | (4) Unpaid post-petition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | 0 | 5,996.20 | 5,996.20 | 0 |
| FICA/Medicare--Employee | 0 | 3,620.21 | 3,620.21 | 0 |
| FICA/Medicare--Employer | 0 | 3,620.21 | 3,620.21 | 0 |
| Unemployment | 544.83 | 232.18 | 110.98 | 666.03 |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | 138.50 | 269.72 | 244.07 | 164.15 |
| Empl. Security Dept. | 917.90 | 1,328.77 | 103.45 | 2,143.22 |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| Total Unpaid Post-Petition Taxes | | | | $ 2,973.40 |

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART A - TAXES (contd.)

**Delinquent Tax Reports and Tax Payments (post-petition only)**

| Taxing agency | Tax reporting period | Report due date | Payment due date | Amount due |
|---|---|---|---|---|
| n/a | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Explain the reason for any delinquent tax reports or tax payments:

Case 09-20780-KAO    Doc 236    Filed 03/19/10    Entered 03/19/10 14:16:17    Page 32 of 37

| Debtor | The Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 02/2010 |

### UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART B - OTHER PAYABLES

**INSTRUCTIONS:** Complete both pages of PART B - OTHER PAYABLES unless the debtor asserts that this statement is true for this reporting month:

Except for taxes and professional fees disclosed in PART A and PART C of this report, respectively, the debtor has no other unpaid post-petition payables from the current reporting month, or from any prior reporting months.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART C - ESTIMATED PROFESSIONAL FEES on Page 12.

**Reconciliation of Post-Petition Payables** (excluding taxes and professional fees)

| | |
|---|---|
| Closing balance from prior month | 17,033.44 |
| New payables added this month | 68,867.10 |
| Subtotal | 85,900.54 |
| Less payments made this month | 71,274.20 |
| Closing balance for this reporting month | $ 14,626.34 |

**Breakdown of Closing Balance by Age**

| | |
|---|---|
| Current portion | 14,626.34 |
| Past due 1-30 days | |
| Past due 31-60 days | |
| Past due 61-90 days | |
| Past due over 90 days | |
| Total | $ 14,626.34 |

For accounts payable more than 30 days past due, explain why payment has not been made:

Case 09-20780-KAO    Doc 236    Filed 03/19/10    Entered 03/19/10 14:16:17    Page 33 of 37

## UST-16, STATEMENT OF POST-PETITION PAYABLES
## PART B - OTHER PAYABLES (contd.)

**INSTRUCTIONS:** List each post-petition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre-and post-petition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

### Delinquent Post-Petition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| n/a | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Case 09-20780-KAO   Doc 236   Filed 03/19/10   Entered 03/19/10 14:16:17   Page 34 of 37

## UST-16, STATEMENT OF POST-PETITION PAYABLES
### PART C - ESTIMATED PROFESSIONAL FEES

**INSTRUCTIONS:** Report only post-petition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Amount of retainer (if applicable) | Fees and expenses from prior months | Fees and expenses added this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | 125,000 | 170,484.93 | 43,382.96 | 213,867.89 |
| Debtor's accountant | | 4,100 | | 4,100 |
| Debtor's other professional (explain) | | 148,896 | 53,540 * | 202,436 |
| Trustee's counsel | | | | |
| Creditors' Committee Counsel | | 50,057.69 | 3,882.17 | 53,939.86 |
| Creditors' Committee other | | | | |
| Total estimated post-petition professional fees and costs | | | | $ 474,343.75 |

*Financial advisor $50,960
 Legal - land use service $2,580

| Debtor | The Cascadia Project LLC | Case Number | ⇨ | 09-20780 |
|---|---|---|---|---|
| | | Report Mo/Yr | ⇨ | 02/2010 |

## UST-17, OTHER INFORMATION

**INSTRUCTIONS:** Answer each question fully and attach additional sheets if necessary to provide a complete response.

|  | Yes | No |
|---|---|---|

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. *The debtor must attach an escrow statement for each sale of real property and an auctioneer's report for each auction.*   ☐ Yes  ☒ No

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) | Escrow Statement or Auctioneers Report Attached? |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | Total _____ | | | |

Any disbursements made from escrow or trust accounts from the proceeds of the above transactions should also be included on the line of UST-14 entitled "Disbursements from sales out of the ordinary course."

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside funding source?   ☐ Yes  ☒ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| | | | |
| | Total _____ | | |

**Question 3 - Insider Loans/Capital Contributions.** During the reporting month, did the debtor receive any funds from an officer, director, partner, or other insider of the debtor?   ☒ Yes  ☐ No

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|
| 1/22/10 | 27,000 | Y.K. Chen | 2/1/10 |
| 1/22/10 | 15,000 | Y.K. Chen | 2/3/10 |
| 1/22/10 | 20,000 | Y.K. Chen | 2/12/10 |
| 1/22/10 | 25,000 | Y.K. Chen | 2/25/10 |
| | Total 87,000 | | |

Case 09-20780-KAO   Doc 236   Filed 03/19/10   Entered 03/19/10 14:16:17   Page 36 of 37

## UST-17, OTHER INFORMATION

| | | Yes | No |
|---|---|---|---|
| **Question 4 - Insurance and Bond Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | | ☐ | ☒ |

**Renewals:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

**Changes:**

| Provider | New Premium | Is a Copy Attached to this Report? |
|---|---|---|

| | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? **If yes, explain.** | ☐ | ☒ |
| Were any claims made during this reporting month against the debtor's bond? (Answer "No" if the debtor is not required to have a bond. **If yes, explain.** | ☐ | ☒ |

**Question 5 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 5 | 1 |
| Employees added | | |
| Employees resigned/terminated | | |
| Number employees at end of month | 5 | 1 |
| **Gross Monthly Payroll and Taxes** | $ 53,048.17 | |

**Question 6 - Significant Events.** Explain any significant new developments during the reporting month.
2/2/10 Automatic stay continued until after final hearing, simultaneous with hearing on confirmation of Debtor's plan of reorganization
2/8/10 Debtor's exclusivity period extended through July 2, 2010

**Question 7 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.
Continued meetings and preparation of a financial model with Obsidian Finance Group. Continuing discussions with potential equity sources, 2 builders for purchase of lots, and the school district for purchase of a 25 acre site. Finalization of terms of a ground lease for a communication tower; discussion with a sand & gravel operator. Meeting with Pierce County staff re options to delay or offload certain mitigation requirements.