| | |
|---|---|
| 1 | EXHIBIT B |
| 2 | Effect of HomeStreet Option Selection on Creditor Distributions |

FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF FIRST
AMENDED PLAN OF REORGANIZATION … - 36

**MILLER NASH** LLP
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:420153.10
552640.0004

## Treatment of Classes Under Option Selections of Secured Creditor

The selection by HomeStreet between Option 1, Option 2 or Option 3 will impact the treatment of other classes of creditors under the plan. The impact on each class under each option is:

| Class | Description | Estimated Aggregate Amount | Class Treatment under Option 1 | Class Treatment under Option 2 | Class Treatment under Option 3 | Class Status; Voting Rights | Estimated Percentage Recovery |
|---|---|---|---|---|---|---|---|
| 1 | Convenience Unsecured Claims | $39,720.21 | Expected amount of $39,720.21 paid in full without interest. | Same | Same | Impaired, entitled to vote | 100% |
| 2 | Unsecured Claims other than those in Class 1 or that of Cascadia Land, LLC | 2,191,465 | Anticipated to be paid in full by payment of $2,191,465 (the expected amount of the Class 2 claims) ratably in 20 equal quarterly payments without interest. | The amount of $2,191,465 remains the same as Option 1 but the unsecured portion of the HomeStreet claim becomes a part of the pool subject to the maximum payment of $2,191,465. The unsecured portion of the HomeStreet claim is estimated to be $19,166,779. Of the total of $2,191,465 the amount estimated to be paid to Unsecured Claims other | Same as Option 1 | Impaired; entitled to vote | 100% to Unsecured Claims (described in column 2) under HomeStreet Option 1 and Option 3. 10% to Unsecured Claims (described in column 2) and |

| Class | Description | Estimated Aggregate Amount | Class Treatment under Option 1 | Class Treatment under Option 2 | Class Treatment under Option 3 | Class Status; Voting Rights | Estimated Percentage Recovery |
|---|---|---|---|---|---|---|---|
| | | | | than HomeStreet is approximately $224,856. The balance of $1,966,609 is estimated to be payable to HomeStreet. | | | 10% to the HomeStreet Class 2 claim under HomeStreet Option 2. |
| 3 | HomeStreet Bank | $74,166,779 | See the treatment of HomeStreet under Option 1 on attached Exhibit ____. The exhibits assume a net value of collateral of $55 million. The sum of the payments is $92,729,250 if no section 1111(b) election is made. If an 1111 (b) election is made the sum of the payments is $74,166,779. | See the treatment of HomeStreet under Option 2 on attached Exhibit ___. The total payments are $75,529,081. | See the treatment of HomeStreet under Option 3 on attached Exhibit ____. The total payments are $94,710,858. | Impaired; entitled to vote | 100% under Options 1 and 3. 100% under Option 2. |

| Class | Description | Estimated Aggregate Amount | Class Treatment under Option 1 | Class Treatment under Option 2 | Class Treatment under Option 3 | Class Status; Voting Rights | Estimated Percentage Recovery |
|---|---|---|---|---|---|---|---|
| 4 | City of Tacoma | Claim A: $1,118,000<br>Claim B: $68,933.64 | Claim A, the secured claim, shall be paid pursuant to the existing contract as modified. Claim B shall be fully satisfied by payment 60 days after the Effective Date | Same. | Same. | Impaired; entitled to vote | 100% |
| 5. | Kuo's claim based on payment to HomeStreet | $1,000,000 | Kuo's subrogation secured claim shall be paid in full without interest out of cash flow after certain other plan payments. | Same. | Same. | Impaired; entitled to vote | 100% |
| 6. | Kuo's interest in Cascadia | $0 | Kuo's interest will be cancelled and he will receive no payments. | Same. | Same. | Impaired; entitled to vote | 0% |
| 7 | Cascadia Land LLC | At least $3,515,933; total amount of claim not currently determinable | Claim will be treated as Contingent Noteholder under the plan. The claim shall be subordinated such that it will be paid without interest out of cash flow after other plan payments. Contingent | Same. | Same. | Impaired; entitled to vote | 100% |

| Class | Description | Estimated Aggregate Amount | Class Treatment under Option 1 | Class Treatment under Option 2 | Class Treatment under Option 3 | Class Status; Voting Rights | Estimated Percentage Recovery |
|---|---|---|---|---|---|---|---|
| | | | Noteholder will receive the lesser of $16.2 million or the amount invested in Cascadia or its predecessors before the Filing Date, without interest or any other return less any cash received from Cascadia or its predecessors, with payments made ratably after certain other payments. | | | | |
| | | | | | | | |