| | |
|---|---|
| 1 | # EXHIBIT D |
| 2 | Schedule of HomeStreet Treatment Options |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

FIRST AMENDED DISCLOSURE STATEMENT IN SUPPORT OF FIRST
AMENDED PLAN OF REORGANIZATION … - 38

**MILLER NASH LLP**
ATTORNEYS AT LAW
TELEPHONE: (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-2352

SEADOCS:420153.10
552640.0004

Option 1 assumes the following assumptions:

1) HomeStreet secured debt = $55,000,000
2) HomeStreet unsecured debt = $19,166,779
3) Upon plan confirmation deposits at Commerce Bank used to reduce principal balance
4) The secured debt accrues interest at Prime + 200 basis points
5) No interest accrues on the unsecured debt

**1111(b) election**

6) The secured debt is amortized on a 25-year amortization schedule through the 83rd month after the Effective Date
7) On the first day of the 84th month after the Effective Date, HomeStreet receives the greater of:
   a) any unpaid amount of the secured debt with interest at Prime + 200 basis points, or
   b) any amount by which $74,166,779 exceeds the total payments made to HomeStreet under the plan

**No 1111(b) election**

6) The secured and unsecured debt is amortized on a 25-year amortization schedule with a balloon payment at 7 years

### Payments to HomeStreet Bank

| 1111(b) election - (a) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
| Interest | $ 2,843,729 | $ 2,785,277 | $ 2,723,681 | $ 2,658,773 | $ 2,590,374 | $ 2,518,296 | $ 2,442,341 | $ 18,562,471 |
| Secured Principal | $ 1,427,147 | $ 1,145,286 | $ 1,206,882 | $ 1,271,790 | $ 1,340,189 | $ 1,412,267 | $ 47,196,438 | $ 55,000,000 |
| Total Payments | $ 4,270,876 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 49,638,780 | $ 73,562,471 |
| **1111(b) election - (b)** | | | | | | | | |
| Interest | $ 2,843,729 | $ 2,785,277 | $ 2,723,681 | $ 2,658,773 | $ 2,590,374 | $ 2,518,296 | $ 2,442,341 | $ 18,562,471 |
| Secured Principal | $ 1,427,147 | $ 1,145,286 | $ 1,206,882 | $ 1,271,790 | $ 1,340,189 | $ 1,412,267 | $ 47,800,746 | $ 55,604,308 |
| Total Payments | $ 4,270,876 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 3,930,563 | $ 50,243,088 | $ 74,166,779 |
| **No 1111(b) election** | | | | | | | | |
| Interest | $ 2,843,729 | $ 2,785,277 | $ 2,723,681 | $ 2,658,773 | $ 2,590,374 | $ 2,518,296 | $ 2,442,341 | $ 18,562,471 |
| Secured Principal | $ 1,427,147 | $ 1,145,286 | $ 1,206,882 | $ 1,271,790 | $ 1,340,189 | $ 1,412,267 | $ 47,196,438 | $ 55,000,000 |
| Unsecured Principal | $ 766,671 | $ 766,671 | $ 766,671 | $ 766,671 | $ 766,671 | $ 766,671 | $ 14,566,752 | $ 19,166,779 |
| Total Payments | $ 5,037,547 | $ 4,697,234 | $ 4,697,234 | $ 4,697,234 | $ 4,697,234 | $ 4,697,234 | $ 64,205,532 | $ 92,729,250 |

## Option 2 assumes the following assumptions:

1) HomeStreet secured debt = $55,000,000
2) HomeStreet unsecured debt = $19,166,779, treated as a Class 2 claim
3) Upon plan confirmation deposits at Commerce Bank used to reduce principal balance
4) The secured debt accrues interest at Prime + 200 basis points
5) The secured debt is amortized on a 25-year amortization schedule with a balloon payment at 7 years
6) The unsecured debt shares in the unsecured pool of $2.191 million and receives its proportionate share over five years with no interest

### Payments to HomeStreet Bank

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Total |
|---|---|---|---|---|---|---|---|---|
| Interest | $ 2,843,729 | $ 2,785,277 | $ 2,723,681 | $ 2,658,773 | $ 2,590,374 | $ 2,518,296 | $ 2,442,341 | $ 18,562,471 |
| Secured Principal | $ 1,427,147 | $ 1,145,286 | $ 1,206,882 | $ 1,271,790 | $ 1,340,189 | $ 1,412,267 | $ 47,196,438 | $ 55,000,000 |
| Unsecured Principal | $ 393,322 | $ 393,322 | $ 393,322 | $ 393,322 | $ 393,322 | $ - | $ - | $ 1,966,609 |
| Total Payments | $ 4,664,198 | $ 4,323,885 | $ 4,323,885 | $ 4,323,885 | $ 4,323,885 | $ 3,930,563 | $ 49,638,780 | $ 75,529,081 |

Option 3 assumes the following assumptions:

1) HomeStreet secured debt = $55,000,000
2) HomeStreet unsecured debt = $19,166,779
3) Upon plan confirmation HomeStreet secured debt paid down by $10,000,000 and deposits at Commerce Bank reduce principal balance
4) The secured debt is repaid interest only for 5 years at Prime + 200 basis points
5) No interest accrues on the unsecured debt
6) The secured and unsecured debt is amortized on a 25-year amortization schedule (five years interest only) with a balloon payment at 9 years

Payments to HomeStreet Bank

| Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Interest | $ 2,344,634 | $ 2,344,634 | $ 2,344,634 | $ 2,344,634 | $ 2,344,634 | $ 2,313,707 | $ 2,243,923 | $ 2,170,386 | $ 2,092,894 | $ 20,544,079 |
| Secured Principal | $ 10,340,313 | $ - | $ - | $ - | $ - | $ 1,297,533 | $ 1,367,317 | $ 1,440,854 | $ 40,553,983 | $ 55,000,000 |
| Unsecured Principal | $ - | $ - | $ - | $ - | $ - | $ 958,339 | $ 958,339 | $ 958,339 | $ 16,291,762 | $ 19,166,779 |
| Total Payments | $ 12,684,946 | $ 2,344,634 | $ 2,344,634 | $ 2,344,634 | $ 2,344,634 | $ 4,569,579 | $ 4,569,579 | $ 4,569,579 | $ 58,938,639 | $ 94,710,858 |