HONORABLE PAUL B. SNYDER
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re | NO. 08-45328-PBS |
| PACIFIC LIFESTYLE HOMES, INC., | NOTICE OF UNCONDITIONAL TRANSFER OF CLAIM TO OREO CORP. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) |
| Debtor. | |

OREO Corp., an Ohio corporation ("OREO"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), hereby furnishes evidence of the unconditional transfer of claims in this case to it, as follows:

1.   On July 13, 2009, KeyBank National Association ("KeyBank") filed proofs of claim in this case evidencing the following claims (the "Claims"):

| Claim No. | Amount |
|---|---|
| 198 | $2,168,452.80 |
| 199 | $5,007,217.92 |
| 200 | $ 572,566.21 |
| 201 | $3,078,060.65 |
| 202 | $6,717,917.77 |
| 203 | $1,329,269.98 |

2.   On or about June 23, 2010, KeyBank assigned all of its right, title and interest in and to the Claims to OREO. Evidence of that assignment will be furnished upon request.

3.   KeyBank's address for notice purposes is as follows:

NOTICE OF UNCONDITIONAL TRANSFER OF
CLAIM TO OREO CORP. - 1

118909.0069/1859014.1

KeyBank National Association
36 South State Street, 25th Floor
Salt Lake City, Utah 84111
Attention:  Douglas P. Checketts
            Senior Vice President

4. OREO requests that the Court dispense with the notice to KeyBank prescribed by Federal Rule of Bankruptcy Procedure 3001(e)(2) because, as evidenced by the Consent and Waiver, KeyBank has consented to the subject assignment and has waived the right to object thereto and to receive notice thereof.

WHEREFORE, OREO prays that the Court (i) substitute OREO for KeyBank as the holder of the Claims and (ii) grant such further relief as may be just and proper.

DATED this 23 day of June, 2010.

_____
Attorney for OREO Corp.

**CONSENT AND WAIVER**

KeyBank National Association, a national banking association, hereby acknowledges and consents to all terms and conditions of the assignment of the Claims to OREO Corp. as described above and waives its right to object thereto and its right to receive notice thereof pursuant to Federal Rule of Bankruptcy Procedure 3001(e).

KEYBANK NATIONAL ASSOCIATION, a national banking association

By _____
Its  DESIGNATED SIGNER

By _____
Its  DESIGNATED SIGNER

NOTICE OF UNCONDITIONAL TRANSFER OF
CLAIM TO OREO CORP. - 2

118909.0069/1859014.1