| | |
|---|---|
| | HONORABLE PAUL B. SNYDER |
| | Chapter 11 |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| In re | ) | NO. 08-45328-PBS |
| | ) | |
| PACIFIC LIFESTYLE HOMES, INC., | ) | NOTICE OF UNCONDITIONAL |
| | ) | TRANSFER OF CLAIM TO OREO |
| Debtor. | ) | CORP. PURSUANT TO FEDERAL |
| | ) | RULE OF BANKRUPTCY |
| | ) | PROCEDURE 3001(e)(2) |
| | ) | |
| | ) | (AMENDED) |

OREO Corp., an Ohio corporation ("OREO"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2), hereby furnishes evidence of the unconditional transfer of claims in this case to it, as follows:

1. On July 13, 2009, KeyBank National Association ("KeyBank") filed proofs of claim in this case evidencing the following claims (the "Claims"):

| Claim No. | Amount | | |
|---|---|---|---|
| 198 | $2,168,452.80 | 201 | $3,078,060.65 |
| 199 | $5,007,217.92 | 202 | $6,717,917.77 |
| 200 | $ 572,566.21 | 203 | $1,329,269.98 |

2. On or about June 18, 2010, KeyBank assigned all of its right, title and interest in and to the Claims to OREO, whose address is 127 Public Square, Cleveland, Ohio 44114. Evidence of that assignment will be furnished upon request.

3. KeyBank's address for notice purposes is as follows:

NOTICE OF UNCONDITIONAL TRANSFER OF
CLAIM TO OREO CORP. - 1

118909.0069/1859014.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

| | |
|---|---|
| 1 | |
| 2 | KeyBank National Association<br>36 South State Street, 25th Floor<br>Salt Lake City, Utah 84111 |
| 3 | Attention: Douglas P. Checketts<br>Senior Vice President |

4. OREO requests that the Court dispense with the notice to KeyBank prescribed by Federal Rule of Bankruptcy Procedure 3001(e)(2) because, as evidenced by the Consent and Waiver, KeyBank has consented to the subject assignment and has waived the right to object thereto and to receive notice thereof.

WHEREFORE, OREO prays that the Court (i) substitute OREO for KeyBank as the holder of the Claims and (ii) grant such further relief as may be just and proper.

DATED this _23_ day of June, 2010.

_[signature]_
Attorney for OREO Corp.

### CONSENT AND WAIVER

KeyBank National Association, a national banking association, hereby acknowledges and consents to all terms and conditions of the assignment of the Claims to OREO Corp. as described above and waives its right to object thereto and its right to receive notice thereof pursuant to Federal Rule of Bankruptcy Procedure 3001(e).

KEYBANK NATIONAL ASSOCIATION, a national banking association

By _[signature]_
Its _DESIGNATED SIGNER_

By _[signature]_
Its _DESIGNATED SIGNER_

NOTICE OF UNCONDITIONAL TRANSFER OF
CLAIM TO OREO CORP. - 2

118909.0069/1859014.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107